**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**XINCHAO ZHANG**                                      **CASE NO.  3:26-CV-01084 SEC P**

**VERSUS**                                                    **JUDGE TERRY A. DOUGHTY**

**CHRISTOPHER BULLOCK ET AL**          **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], together with the written objection of Petitioner, Xinchao Zhang ("Petitioner") [Doc. No. 11], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 22nd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Page **1** of **1**